# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**JOSE GASTELUM**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number:  **1:13CR00164-001 LJO**

Jerome Price
_____
Defendant's Attorney

**THE DEFENDANT:**

[✔]　　admitted guilt to violation of charges 1-4 and 6-10  as alleged in the violation petition filed on  03/19/2013 .

[ ]　　was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the
　　　violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  January 10, 2008 .

　　　The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]　　Charge 5  is dismissed.

　　　**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

　　　IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 20, 2013
_____
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
_____
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
_____
Name & Title of Judicial Officer

May 24, 2013
_____
Date

CASE NUMBER:      1:13CR00164-001 LJO
DEFENDANT:        JOSE GASTELUM

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER | 01/22/2013 |
| Charge 2 | UNLAWFUL USE OF CONTROLLED SUBSTANCE | 01/28/2013 |
| Charge 3 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 02/8/2013 |
| Charge 4 | FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER | 02/14/2013 |
| Charge 6 | FAILURE TO NOTIFY PROBATION OFFICER WITHIN 72 HOURS OF BEING CONTACTED BY LAW ENFORCEMENT | 02/18/2013 |
| Charge 7 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 02/20/2013 |
| Charge 8 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 02/21/2013 |
| Charge 9 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 02/26/2013 |
| Charge 10 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 03/1/2013 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  3 years .


[]        No TSR: Defendant shall cooperate in the collection of DNA.

[✔]       The court makes the following recommendations to the Bureau of Prisons:
          The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance
          Abuse Treatment Program.


[✔]       The defendant is remanded to the custody of the United States Marshal.


[ ]       The defendant shall surrender to the United States Marshal for this district.
          [ ] at ___ on ___.
          [ ] as notified by the United States Marshal.


[ ]       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
          [ ] before _ on ___.
          [ ] as notified by the United States Marshal.
          [ ] as notified by the Probation or Pretrial Services Officer.
          If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

          Defendant delivered on_____  to  _____

at  _____ , with a certified copy of this judgment.


                                                                  _____
                                                                  UNITED STATES MARSHAL


                                                          By  _____
                                                                  Deputy U.S.  Marshal